IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 22-CR-30004-DWD |
| | ) | |
| JOSEPH VIETH, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On June 9, 2023, this Court entered order of forfeiture (Doc.50) against defendant Joseph Vieth, for the following property which had been seized from the defendant:

**Blue Samsung Galaxy S10, Model G9750, IMEI:354641102684449;**
**Red iPhone XR, serial number: G0NY20CWKXLQ;**
**White iPhone, IMEI:358814056114004;**
**Black Motorola Droid phone;**
**Silver HP Envy M6 laptop;**
**HP Envy Laptop, model: 17m-cg1013dx, serial number: CNC1040326.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. ' 853(n)(1).

The Court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning June 15, 2023, and ending July 14, 2023, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. ' 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the

1

above-described property that is the subject of the order of forfeiture (Doc.50) filed on June 9, 2023, namely:

>   **Blue Samsung Galaxy S10, Model G9750, IMEI:354641102684449;**
>   **Red iPhone XR, serial number: G0NY20CWKXLQ;**
>   **White iPhone, IMEI:358814056114004;**
>   **Black Motorola Droid phone;**
>   **Silver HP Envy M6 laptop;**
>   **HP Envy Laptop, model: 17m-cg1013dx, serial number: CNC1040326.**

The United States Marshal or the property custodian for the Federal Bureau of Investigation shall dispose of the property according to law.

**DATE: September 11, 2023**

>                               *s/David W. Dugan*
>                               **DAVID W. DUGAN**
>                               **United States District Court Judge**